MARCH 26, 1984

No. 83–1262. SOUTHEAST VOLUSIA HOSPITAL DISTRICT ET AL. *v.* FLORIDA PATIENT'S COMPENSATION FUND ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 83–6251. PRENZLER *v.* WORKERS COMPENSATION APPEALS BOARD. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1538. HILLSDALE COLLEGE *v.* DEPARTMENT OF EDUCATION ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Grove City College* v. *Bell*, 465 U. S. 555 (1984).

No. 83–103. WOODKRAFT DIVISION, GEORGIA KRAFT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. [Certiorari granted, 464 U. S. 981.] Upon consideration of the motion of the Solicitor General and the response filed thereto, that portion of the judgment of the Court of Appeals on which certiorari was granted is vacated, and the case is remanded to the Court of Appeals with directions that the case be remanded to the National Labor Relations Board for further consideration in light of *Clear Pine Mouldings, Inc.*, 268 N. L. R. B. 1044 (1984).